PER CURIAM.

(No. 74-CC-604—Claimant )

COMMONWEALTH EDISON CO., Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed May 15, 1974.*

COMMONWEALTH EDISON CO., Claimant, pro se.

413

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM. 